# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### 3:06cr126

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| MERCEDES FARQUHARSON. ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

**THIS MATTER** is before the court on the government's Motion to Dismiss Bill of Indictment Without Prejudice. Having considered the government's motion and reviewed the pleadings, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that the government's Motion to Dismiss Bill of Indictment Without Prejudice (#34) is **GRANTED,** and the Indictment in this matter is **DISMISSED** without prejudice.

Signed: November 14, 2011

Max O. Cogburn Jr.
United States District Judge